LEONARD REIBSTEIN, Appellant, v. ABRAHAM SCHWARTZ, Respondent.*— Order. affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; O'Malley and Townley, JJ., dissent and vote to reverse and reinstate verdict.

ARTHUR M. LEE, Respondent, v. STANLEY P. WOODARD, Appellant.†— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MORRIS JAFFE, Respondent, v. THE TRAVELERS INSURANCE COMPANY, HARTFORD, CONNECTICUT, Appellant.— Judgment modified as indicated in order, and as so modified affirmed, with costs to respondent. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOSEPH SABLOFF, an Infant, etc., Plaintiff, and JULIUS SABLOFF, Respondent, v. PUBLIC BAKING COMPANY, INC., Appellant.— Judgment so far as appealed from reversed and a new trial ordered, with costs to appellant to abide the event, unless plaintiff Julius Sabloff stipulate to reduce the judgment as entered to the sum of $250; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EVERETT E. SHERWIN, Respondent, v. ISHIAH SHALOM and Another, Individually, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

FREDERICK P. SCHAEFER, Appellant, v. THE O. K. TOOL COMPANY, INC., Respondent. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LENA M. VINCENT, Suing on Behalf of Herself, etc., Respondent, v. PATHE EXCHANGE, INC., and Others, Appellants. Impleaded with Others, Defendants.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of directing that the two pending actions be consolidated without prejudice to existing pleadings and proceedings. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LASALLE EXTENSION UNIVERSITY, Respondent, v. GUY CAPECELATRO, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE CITY OF NEW YORK, Appellant, v. HUGH J. SHEERAN, as Receiver of NEW YORK RAILWAYS COMPANY, Respondent, Impleaded with Another, Defendant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to defendant, respondent, to serve an amended answer within ten days from service of order with notice of entry thereof. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of .MICHELE PIGNETTI, Deceased.— Decree affirmed, with costs to appellant payable out of the estate. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.